1098

No. 90–6492.  THEUS v. DEEDS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6493.  HOVLAND v. BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 90–6494.  LIBERMAN v. INTERNAL REVENUE SERVICE. C. A. 2d Cir.  Certiorari denied.

No. 90–6495.  HARRISON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90–6496.  MENARD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–6498.  LOVATO v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6500.  MURRAY v. COWLEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6502.  DEMERS v. RHODE ISLAND.  Sup. Ct. R. I. Certiorari denied.

No. 90–6506.  JONES v. GUNN.  C. A. D. C. Cir.  Certiorari denied.

No. 90–6507.  HIRSCH v. SEITZ.  Sup. Ct. Ore.  Certiorari denied.

No. 90–6510.  RENDICK v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 90–6512.  ABDUL-AKBAR v. FIGLIOLA.  Sup. Ct. Del. Certiorari denied.

No. 90–6514.  ROBINSON v. HARTZELL ET AL.  Sup. Ct. Ohio. Certiorari denied.

No. 90–6515.  STEVENSON v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.